UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARYANA LEIGH MALCOLM,<br><br>Defendant. | NO: 2:13-CR-0124-TOR-1<br><br>ORDER DENYING RECONSIDERATION |

BEFORE THE COURT is Defendant's Pro Se letter to the Court construed as a motion for reconsideration of the Court's denial of appointment of counsel. ECF No. 316. The Court—having reviewed the letter/motion, the record, and files therein—is fully informed.

The Criminal Justice Act states that "representation may be provided for any financially eligible person" who is seeking relief under 28 U.S.C. § 2255 if "the court determines that the interests of justice so require." 18 U.S.C. § 3006A(a)(2). There is no pending § 2255 motion. Defendant may contemplate seeking to file another § 2255 motion, but the grounds for such relief have not been identified and

ORDER DENYING RECONSIDERATION ~ 1

thus, there is no basis upon which this Court could find the interests of justice requires the appointment of counsel.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Defendant's Pro Se letter to the Court construed as a motion for reconsideration of the Court's denial of appointment of counsel (ECF No. 316) is **DENIED**.

The District Court Executive is hereby directed to enter this Order and furnish copies to the parties. The Court further certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**DATED** November 28, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER DENYING RECONSIDERATION ~ 2